JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RIVERA, | Case No. CV 15-2141 FMO (JCx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Magistrate Judge's Order of December 17, 2015, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 18th day of December, 2015.

/s/
Fernando M. Olguin
United States District Judge